UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

FREDERICK MILLER,

        Petitioner,                      Case Number 08-11247
                                                  Honorable David M. Lawson

v.

THOMAS BIRKETT,

        Respondent.
_____/

## **JUDGMENT**

In accordance with the opinion and order denying the petition for a writ of habeas corpus entered on this date,

It is **ORDERED AND ADJUDGED** that the petition for writ of habeas corpus is **DENIED**.

                                         s/David M. Lawson
                                         DAVID M. LAWSON
                                         United States District Judge

Dated: December 14, 2010

---

**PROOF OF SERVICE**

The undersigned certifies that a copy of the foregoing order was served upon each attorney or party of record herein by electronic means or first class U.S. mail on December 14, 2010.

                                   s/Deborah R. Tofil
                                   DEBORAH R. TOFIL